IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| ISAIAH MOORE, | § | |
| | § | No. 158, 2017 |
| Defendant Below, | § | |
| Appellant, | § | Court Below—Superior Court |
| | § | of the State of Delaware |
| v. | § | |
| | § | Cr. ID No. 1608006943 |
| STATE OF DELAWARE, | § | |
| | § | |
| Plaintiff Below, | § | |
| Appellee. | § | |

Submitted: February 21, 2018
Decided: February 22, 2018

Before **VALIHURA**, **SEITZ**, and **TRAYNOR**, Justices.

# **O R D E R**

This 22nd day of February 2018, the Court, having considered the record below and the briefs filed by the parties, has determined that the judgment of the Superior Court should be affirmed on the basis of and for the reasons assigned by the Superior Court in its March 16, 2017 Opinion.[1]

NOW, THEREFORE, IT IS ORDERED that the judgment of the Superior Court is AFFIRMED.

BY THE COURT:

*/s/ Gary F. Traynor*
Justice

---

[1] *State v. Moore*, 2017 WL 1040709 (Del. Super. Ct. Mar. 16, 2017).